574 A.2d 57

**In re Nomination Petition of Jean T. WILSON, a Candidate for the 144th Legislative District.**

**Appeal of Reginald B. SNYDER.**

**No. 39 M.D. Appeal Dkt. 1990.**

Supreme Court of Pennsylvania.

April 5, 1990.

## ORDER

PER CURIAM:

AND NOW, this 5th day of April, 1990, the order of the Commonwealth Court is affirmed.